# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS
# HOUSTON DIVISION

| | | |
|---|---|---|
| IN RE: | § | Chapter 11 |
| | § | |
| ALTA MESA RESOURCES, INC., et al[1] | § | Case No. 19-35133 (MI) |
| | § | |
| DEBTOR(S) | § | (Jointly Administered) |

## NOTICE OF APPOINTMENT OF OFFICIAL
## <u>COMMITTEE OF UNSECURED CREDITORS</u>

TO THE HONORABLE MARVIN ISGUR
UNITED STATES BANKRUPTCY JUDGE:

COMES NOW the United States Trustee, ("UST") through the undersigned attorney, pursuant to Sec. 1102(a) and 1102(b)(1) of the Bankruptcy Code and hereby appoints following eligible creditors to the official committee of unsecured creditors in the above captioned case:

| | |
|---|---|
| U.S. Bank, N.A. as Indenture Trustee<br>1420 Fifth Ave.<br>Seattle, WA 98101 | Diana Jacobs<br>(206) 344-4680<br>diana.jacobs@usbank.com |
| Bollenbach Enterprises LP<br>14736 N. Counsil Road<br>Oklahoma City, OK 73142 | Melvin Bollenbach<br>(405)721-3733<br>melbfarms@outlook.com |
| Wilks Bros., LLC<br>333 Shops Blvd., Suite 102<br>Willow Park, TX 76087 | Morgan Neff<br>(817) 212-3398<br>morgan.neff@wilksbrothers.com |
| Tenaris Global Services<br>2200 West Loop South, Suite 800<br>Houston, TX 77027 | Morgan Tarlton Hotzel<br>(713) 585-3039<br>mhotzel@tenaris.com |

---

[1] The Debtors in these chapter 11 cases and the last four digits of their federal tax identification numbers are as follows: Alta Mesa Resources, Inc. (3840); Alta Mesa Holdings, LP (5150); Alta Mesa Holdings GP, LLC (0642); OEM GP, LLC (0958); Alta Mesa Finance Services Corp. (5673); Alta Mesa Services, LP (7295); and Oklahoma Energy Acquisitions, LP (3762). The location of the Debtors' corporate headquarters and service address is 15021 Katy Freeway, 4th Floor, Houston, TX 77094.

| | |
|---|---|
| QES Pressure Pumping<br>1415 Louisiana, Suite 2900<br>Houston, TX 77002 | Max Bouthillette<br>(713) 623-7117<br>maxb@qesinc.com |
| Kodiak Gas Services, LLC<br>15320 Hwy 105 W, Suite 210<br>Montgomery, TX 77356 | Craig Collins<br>(936) 539-3300<br>craig.collins@kodiakgas.com |
| Baker Hughes Oilfield Services<br>2001 Rankin Road<br>Houston, TX 77073 | Christopher J. Ryan<br>(713) 416-1063<br>chris.ryan@bakerhughes.com |

Dated: September 27, 2019

HENRY G. HOBBS, JR.
ACTING UNITED STATES TRUSTEE

By: */s/Stephen D. Statham*
Hector Duran
Trial Attorney
Texas Bar No. 00783996/Fed. ID No. 15243
Stephen D. Statham
Trial Attorney
Texas Bar No.19082500/Fed. ID No. 9191
Office of the United States Trustee
515 Rusk Avenue, Suite 3516
Houston, TX 77002
(713) 718-4650 Ext 239/252
(713) 718-4670 Fax

**CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing Notice of Appointment of Official Committee of Unsecured Creditors has been served by electronic means on all PACER participants on this 27th day of September, 2019.

*/s/ Stephen D. Statham*
Stephen D. Statham
Trial Attorney