UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| In re: | § Chapter 11 <br> § <br> § Case No. 19-35133 (MI) <br> § <br> § Jointly Administered <br> § <br> § |
| ALTA MESA RESOURCES, INC., *et al.*, | |
| Debtors.[1] | |

### DEBTORS' AGENDA OF MATTERS SET FOR NOVEMBER 7, 2019 at 9:30 A.M.

TO THE HONORABLE MARVIN ISGUR:

The above-referenced debtors and debtors in possession (collectively, the "Debtors") file this Agenda of Matters Set for November 7, 2019 at 9:30 a.m.:

1. Debtors' Emergency Motion for Entry of Interim and Final Orders (I) Authorizing the Debtors to Utilize Cash Collateral; (II) Granting Adequate Protection to Prepetition Secured Parties; (III) Modifying the Automatic Stay; and (IV) Granting Related Relief [Docket No. 15].

   **Status:** Going forward.

   **Related Documents:**

   - Declaration of John C. Regan, Chief Financial Officer of the Debtors, in Support of Chapter 11 Petitions and First Day Pleadings [Docket No. 16].

   - Declaration of Robert Albergotti in Support of Debtors' Emergency Motion for Entry of Interim and Final Orders (I) Authorizing the Debtors to Utilize Cash Collateral; (II) Granting Adequate Protection to Prepetition Secured Parties; (III) Modifying the Automatic Stay; and (IV) Granting Related Relief. [Docket No. 40].

   - Declaration of Kevin Cofsky in Support of Debtors' Emergency Motion for Entry of Interim and Final Orders (I) Authorizing the Debtors to Utilize Cash Collateral; (II) Granting Adequate Protection to Prepetition Secured Parties; (III) Modifying the Automatic Stay; and (IV) Granting Related Relief. [Docket No. 41].

---

[1] The Debtors in these chapter 11 cases and the last four digits of their federal tax identification numbers are as follows: Alta Mesa Resources, Inc. (3840); Alta Mesa Holdings, LP (5150); Alta Mesa Holdings GP, LLC (0642); OEM GP, LLC (0958); Alta Mesa Finance Services Corp. (5673); Alta Mesa Services, LP (7295); and Oklahoma Energy Acquisitions, LP (3762).  The location of the Debtors' corporate headquarters and service address is 15021 Katy Freeway, 4th Floor, Houston, Texas 77094.

1

10268074_1

- Interim Order Under Bankruptcy Code Sections 105(a), 361, 362, 363, 503, and 507, Bankruptcy Rules 4001 and 9014, and Complex Case Rules (I) Authorizing Debtors to use Cash Collateral; (II) Granting Adequate Protection to Prepetition Secured Parties; (III) Modifying Automatic Stay; and (IV) Granting Related Relief [Docket No. 63].

- Second Interim Order Under Bankruptcy Code Sections 105(a), 361, 362, 363, 503, and 507, Bankruptcy Rules 4001 and 9014, and Complex Case Rules (I) Authorizing Debtors to use Cash Collateral; (II) Granting Adequate Protection to Prepetition Secured Parties; (III) Modifying Automatic Stay; and (IV) Granting Related Relief [Docket No. 308].

- Notice of Final Hearing on Debtors' Emergency Motion for Entry of Interim and Final Orders (I) Authorizing the Debtors to Utilize Cash Collateral; (II) Granting Adequate Protection to Prepetition Secured Parties; (III) Modifying the Automatic Stay; and (IV) Granting Related Relief [Docket No. 321].

- Affidavit re Mailing for the Period from October 7, 2019 through October 13, 2019 [Docket No. 363].

**Responses:**

- Administrative Agent's Reservation of Rights and Limited Response to Debtors' Cash Collateral Motion [Docket No. 281].

- Objection of Official Committee of Unsecured Creditors to Debtors' (I) Cash Collateral Motion, and (II) Bidding Procedures Motion [Docket No. 286].

- Response of the Ad Hoc Noteholder Group and the Trustee to the Debtors' Cash Collateral Motion and Bidding Procedures Motion [Docket No. 296].

- Administrative Agent's Reservation of Rights and Limited Response to Debtors' Cash Collateral Motion [Docket No. 454].

- Supplemental Objection of Official Committee of Unsecured Creditors to Debtors' Cash Collateral Motion [Docket No. 455].

*-Remainder of Page Intentionally Left Blank-*

Dated: November 6, 2019.

By:   */s/ John F. Higgins*
John F. Higgins (TX 09597500)
Aaron Power (TX 24058058)
M. Shane Johnson (TX 24083263)
**PORTER HEDGES LLP**
1000 Main Street, 36th Floor
Houston, Texas 77002
Telephone: (713) 226-6000
Fax: (713) 226-6248
– and –
George A. Davis
(Admitted *pro hac vice*)
Annemarie V. Reilly
(Admitted *pro hac vice*)
Brett M. Neve
(Admitted *pro hac vice*)
**LATHAM & WATKINS LLP**
885 Third Avenue
New York, NY 10022
Telephone: (212) 906-1200
Facsimile: (212) 751-4864
Email: george.davis@lw.com
      annemarie.reilly@lw.com
      brett.neve@lw.com
– and –
Caroline A. Reckler
(Admitted *pro hac vice*)
**LATHAM & WATKINS LLP**
330 North Wabash Avenue, Suite 2800
Chicago, IL 60611
Telephone: (312) 876-7700
Facsimile: (312) 993-9667
Email: caroline.reckler@lw.com
– and –
Andrew Sorkin
(Admitted *pro hac vice*)
**LATHAM & WATKINS LLP**
555 Eleventh Street, Suite 1000
Washington, D.C. 20004
Telephone: (202) 637-2200
Facsimile: (202) 637-2201
Email: andrew.sorkin@lw.com

**PROPOSED COUNSEL FOR DEBTORS AND DEBTORS IN POSSESSION**