UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| In re: | § Chapter 11 |
| | § |
| ALTA MESA RESOURCES, INC., *et al.*, | § Case No. 19-35133 (MI) |
| | § |
| Debtors.[1] | § Jointly Administered |

**DEBTORS' AGENDA OF MATTERS SET FOR
JANUARY 9, 2020 at 9:30 A.M.**

TO THE HONORABLE MARVIN ISGUR:

The above-referenced debtors and debtors in possession (collectively, the "Debtors") file this Agenda of Matters Set for January 9, 2020 at 9:30 a.m.:

1. Debtors' Motion for Entry of an Order Approving (I)(A) Bidding Procedures for the Sale of Substantially All or Any Portion of the Debtors' Assets and Certain Non-Debtor Assets, (B) Procedures for the Debtors' Assumption and Assignment of Certain Executory Contracts and Unexpired Leases, (C) the Form and Manner of Notice of the Sale Hearing and Assumption Procedures, (D) Procedures for the Selection of One or More Stalking Horse Bidder(s), and (E) Dates for an Auction and Sale Hearing, and (II)(A) the Sale of Substantially All or Any Portion of the Debtors' Assets Free and Clear of All Claims, Liens, Liabilities, Rights, Interests and Encumbrances, and (B) the Debtors' Assumption and Assignment of Certain Executory Contracts and Unexpired Leases; and (III) Related Relief [Docket No. 126].

    **Status:** Contested.

    **Related Documents**:

    - Affidavit of Service [Docket No. 142].

    - Order Establishing Bidding Procedures Relating to Sales of all or a Portion of the Debtors' Assets [Docket No. 317].

---

[1] The Debtors in these chapter 11 cases and the last four digits of their federal tax identification numbers are as follows: Alta Mesa Resources, Inc. (3840); Alta Mesa Holdings, LP (5150); Alta Mesa Holdings GP, LLC (0642); OEM GP, LLC (0958); Alta Mesa Finance Services Corp. (5673); Alta Mesa Services, LP (7295); and Oklahoma Energy Acquisitions, LP (3762). The location of the Debtors' corporate headquarters and service address is 15021 Katy Freeway, 4th Floor, Houston, Texas 77094.

1

- Amended Order Establishing Bidding Procedures Relating to the Sales of All or All or a Portion of the Debtors' Assets [Docket No. 636].

- Affidavit of Service for Mailings for the Period from December 2, 2019 through December 8, 2019 [Docket No. 648].

- Second Amended Order Establishing Bidding Procedures Relating to Sales of all or a Portion of the Debtors' Assets [Docket No. 666].

- Amended Notice of Proposed Sale, Bidding Procedures, Auction and Sale Hearing [Docket No. 683].

- Notice of Extension of Deadline for Debtors to Identify Stalking Horse Bidder and Seek Approval of Bid Protections [Docket No. 700].

- Notice of Stalking Horse Bid in Connection with the Sale of the Debtors' Assets [Docket No. 701].

- Affidavit of Service for Mailings for the Period from December 16, 2019 through December 22, 2019 [Docket No. 704].

- Affidavit of Service [Docket No. 748].

- Proposed Order (A) Authorizing Debtors to Enter Into Stalking Horse Purchase Agreement, (B) Approving Related Break-Up Fee and Expense Reimbursement and (C) Granting Related Relief [Docket No. 763].

**Responses:**

- Limited Objection of Plumbers and Pipefitters National Pension Fund to Approval of Sale of Debtors' Assets [Docket No. 709].

- Objection of the Huntington National Bank, PNC Bank, N.A., and ABN AMRO Capital USA LLC to Debtors' Designation of a Stalking Horse Bidder and Proposed Bid Protections [Docket No. 750].

- Further Objection of BOKF, NA d/b/a Bank of Texas to the Debtors' Motion to Sell Substantially All of Their Assets in Respect to the Designation of the Stalking Horse Bidder and the Proposed Bid Protections [Docket No. 754].

- Objection of the Ad Hoc Noteholder Group to Designation of BCE-Mach III LLC as Stalking Horse Bidder [Docket No. 756].

- Statement of Kingfisher Midstream, LLC in Support of Designation of Stalking Horse Bidder and Approval of Bid Protections and Joint Sale of Kingfisher's and Alta Mesa Holdings' Assets [Docket No. 757].

10404053v1

- Motion of the Official Committee of Unsecured Creditors for an Order Authorizing the Committee to File Under Seal its Objection to (A) Selection of Stalking Horse Bidder, (B) Approval of Break-Up Fee, and (C) Entry of Stalking Horse Approval Order [Docket. No. 760].

- Objection of Official Committee of Unsecured Creditors to (A) Selection of Stalking Horse Bidder, (B) Approval of Break-Up Fee, and (C) Entry of Stalking Horse Approval Order [Docket No. 761].

- Joinder of U.S. Bank National Association as Indenture Trustee in Opposition to the Designation of BCE-Mach III LLC as Stalking Horse Bidder [Docket No. 762].

*-Remainder of Page Intentionally Left Blank-*

Dated: January 8, 2020.

By: */s/ John F. Higgins*
John F. Higgins (TX 09597500)
Aaron Power (TX 24058058)
M. Shane Johnson (TX 24083263)
**PORTER HEDGES LLP**
1000 Main Street, 36th Floor
Houston, Texas 77002
Telephone: (713) 226-6000
Fax: (713) 226-6248
– and –
George A. Davis
(Admitted *pro hac vice*)
Annemarie V. Reilly
(Admitted *pro hac vice*)
Brett M. Neve
(Admitted *pro hac vice*)
**LATHAM & WATKINS LLP**
885 Third Avenue
New York, NY 10022
Telephone:  (212) 906-1200
Facsimile:  (212) 751-4864
Email: george.davis@lw.com
            annemarie.reilly@lw.com
            brett.neve@lw.com
– and –
Caroline A. Reckler
(Admitted *pro hac vice*)
**LATHAM & WATKINS LLP**
330 North Wabash Avenue, Suite 2800
Chicago, IL 60611
Telephone:  (312) 876-7700
Facsimile:  (312) 993-9667
Email: caroline.reckler@lw.com
– and –
Andrew Sorkin
(Admitted *pro hac vice*)
**LATHAM & WATKINS LLP**
555 Eleventh Street, Suite 1000
Washington, D.C. 20004
Telephone:  (202) 637-2200
Facsimile:  (202) 637-2201
Email: andrew.sorkin@lw.com

**COUNSEL FOR DEBTORS
AND DEBTORS IN POSSESSION**

4