UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| In re: | § Chapter 11 |
| | § |
| ALTA MESA RESOURCES, INC., *et al.*, | § Case No. 19-35133 (MI) |
| | § |
| Debtors.[1] | § Jointly Administered |
| | § |
| | § |

**DEBTORS' AGENDA OF MATTERS SET FOR
JANUARY 14, 2020 at 2:00 P.M.**

TO THE HONORABLE MARVIN ISGUR:

The above-referenced debtors and debtors in possession (collectively, the "Debtors") file this Agenda of Matters Set for January 14, 2020 at 2:00 p.m.:

**A. Main Case**

1. Motion for Modification of Automatic Stay to Continue Litigation Affecting Sale [Docket No. 421].

    **Status:** Hearing continued to January 30, 2020 at 2:00 p.m.

    **Related Documents**:

    - Stipulation and Agreed Order Regarding Motion for Modification of Automatic Stay to Continue Litigation Affecting Sale [Docket No. 531].

    - Stipulation and Agreed Order Regarding Motion for Modification of Automatic Stay to Continue Litigation Affecting Sale [Docket No. 630].

    - Stipulation and Agreed Order Regarding Motion for Modification of Automatic Stay to Continue Litigation Affecting Sale [Docket No. 751].

    - Stipulation and Agreed Order Regarding Motion for Modification of Automatic Stay to Continue Litigation Affecting Sale [Docket No. 792].

---

[1] The Debtors in these chapter 11 cases and the last four digits of their federal tax identification numbers are as follows: Alta Mesa Resources, Inc. (3840); Alta Mesa Holdings, LP (5150); Alta Mesa Holdings GP, LLC (0642); OEM GP, LLC (0958); Alta Mesa Finance Services Corp. (5673); Alta Mesa Services, LP (7295); and Oklahoma Energy Acquisitions, LP (3762). The location of the Debtors' corporate headquarters and service address is 15021 Katy Freeway, 4th Floor, Houston, Texas 77094.

1

10405332v2

**Responses:** None.

2. Debtors' Motion for Entry of an Order Modifying the Automatic Stay, to the Extent Applicable, to Allow Payment, Reimbursement, and/or Advancement of Defense Costs Under D&O Policies [Docket No. 622].

   **Status:** Consensual order filed at Docket No. 822.

   **Related Documents**:

   - Affidavit of Service [Docket No. 648].

   - Proposed Order Modifying the Automatic Stay, to the Extent Applicable, to Allow Payment, Reimbursement, and/or Advancement of Defense Costs Under D&O Policies [Docket No. 681].

   - Notice of Redline of Order Modifying the Automatic Stay, to the Extent Applicable, to Allow Payment, Reimbursement, and/or Advancement of Defense Costs Under D&O Policies [Docket No. 682].

   - Proposed Order Modifying the Automatic Stay, to the Extent Applicable, to Allow Payment, Reimbursement, and/or Advancement of Defense Costs Under D&O Policies [Docket No. 822].

   - Notice of Redline of Order Modifying the Automatic Stay, to the Extent Applicable, to Allow Payment, Reimbursement, and/or Advancement of Defense Costs Under D&O Policies [Docket No. 823].

   **Responses:** None.

B. *Hayes, et al. v. Alta Mesa Resources, Inc., et al.*, **Adversary No. 19-3631.**

1. Status Conference.

   **Status**: Going forward.

   **Related Documents**:

   - Adversary Complaint [Docket. No. 1].

   - Order Extending the Deadline to File Rule 26(f) Report and Adjourning the Rule 7016 Conference [Docket No. 5].

   - "Resolution to the Adversary Proceeding" filed by the Plaintiffs [Docket No. 18].

   - Discovery/Case Management Plan Under Rule 26(f) of the Federal Rules of Civil Procedure [Docket No. 20].

- Third-Party Complaint Against High Mesa Holdings, LP and Certain Affiliates [Docket No. 26].

*-Remainder of Page Intentionally Left Blank-*

Dated: January 30, 2020.

By: */s/ John F. Higgins*
John F. Higgins (TX 09597500)
Aaron Power (TX 24058058)
M. Shane Johnson (TX 24083263)
**PORTER HEDGES LLP**
1000 Main Street, 36th Floor
Houston, Texas 77002
Telephone: (713) 226-6000
Fax: (713) 226-6248
– and –
George A. Davis
(Admitted *pro hac vice*)
Annemarie V. Reilly
(Admitted *pro hac vice*)
Brett M. Neve
(Admitted *pro hac vice*)
**LATHAM & WATKINS LLP**
885 Third Avenue
New York, NY 10022
Telephone:  (212) 906-1200
Facsimile:  (212) 751-4864
Email: george.davis@lw.com
          annemarie.reilly@lw.com
          brett.neve@lw.com
– and –
Caroline A. Reckler
(Admitted *pro hac vice*)
**LATHAM & WATKINS LLP**
330 North Wabash Avenue, Suite 2800
Chicago, IL 60611
Telephone:  (312) 876-7700
Facsimile:  (312) 993-9667
Email: caroline.reckler@lw.com
– and –
Andrew Sorkin
(Admitted *pro hac vice*)
**LATHAM & WATKINS LLP**
555 Eleventh Street, Suite 1000
Washington, D.C. 20004
Telephone:  (202) 637-2200
Facsimile:  (202) 637-2201
Email: andrew.sorkin@lw.com

**COUNSEL FOR DEBTORS
AND DEBTORS IN POSSESSION**

10405332v2