

ENTERED
01/17/2020

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| In re:<br><br>ALTA MESA RESOURCES, INC., *et al.*,<br><br>Debtors.[1] | § § § § § § § § | Chapter 11<br><br>Case No. 19-35133 (MI)<br><br>(Jointly Administered) |

### ORDER (I) EXTENDING THE EXCLUSIVE PERIODS AND (II) GRANTING RELATED RELIEF

**[Relates to Motion at Docket No. 686 ]**

Upon the motion (the "Motion")[2] of the above-captioned debtors and debtors in possession (collectively, the "Debtors") for entry of an order (this "Order") (i) extending, by 90 days, the Exclusive Filing Period through and including April 8, 2020 and the Exclusive Solicitation Period through and including June 5, 2020 and (ii) granting related relief pursuant to Section 1121 of the Bankruptcy Code, all as more fully set forth in the Motion; and the Court having reviewed the First Day Declaration; and the Court having jurisdiction over this matter pursuant to 28 U.S.C. § 1334; and it appearing that this is a core proceeding pursuant to 28 U.S.C. § 157(b)(2); and it appearing that the Court may enter a final order consistent with Article III of the United States Constitution; and it appearing that venue of this proceeding and the Motion in this district is proper pursuant to 28 U.S.C. §§ 1408 and 1409; and it appearing that the relief requested in the Motion is in the best interests of the Debtors' estates, their creditors, and other parties in interest; and it appearing that

---

[1] The Debtors in these chapter 11 cases and the last four digits of their federal tax identification numbers are as follows: Alta Mesa Resources, Inc. (3840); Alta Mesa Holdings, LP (5150); Alta Mesa Holdings GP, LLC (0642); OEM GP, LLC (0958); Alta Mesa Finance Services Corp. (5673); Alta Mesa Services, LP (7295); and Oklahoma Energy Acquisitions, LP (3762). The location of the Debtors' corporate headquarters and service address is 15021 Katy Freeway, 4th Floor, Houston, Texas 77094.

[2] Capitalized terms used herein but not defined shall have the meanings ascribed to such terms in the Motion.

the Debtors' notice of the Motion and opportunity for a hearing on the Motion were appropriate under the circumstances and no other notice need be provided; and the Court having reviewed the Motion; and the Court having held a hearing on the Motion; and all objections, if any, to the Motion have been withdrawn, resolved, or overruled; and the Court having determined that the legal and factual bases set forth in the Motion establish just cause for the relief granted herein; and upon all of the proceedings had before this Court; and after due deliberation and sufficient cause appearing therefor, it is **HEREBY ORDERED THAT**:

1. Pursuant to Section 1121(d) of the Bankruptcy Code, the Exclusive Filing Period is extended through and including April 8, 2020.

2. Pursuant to Section 1121(d) of the Bankruptcy Code, the Exclusive Solicitation Period is extended through and including June 5, 2020.

3. The extension of the Exclusive Periods granted herein is without prejudice to such further requests that may be made pursuant to Section 1121(d) of the Bankruptcy Code by the Debtors or any party in interest, for cause, upon notice and hearing.

4. Adequate notice of, and an opportunity for a hearing on, the Motion has been provided, and such notice satisfies the requirements of Bankruptcy Rule 6004(a).

5. Notwithstanding any applicability of any Bankruptcy Rules to the contrary, the terms and conditions of this Order are immediately effective and enforceable upon its entry.

6. The Debtors are hereby authorized to take such actions and to execute such documents as may be necessary to implement the relief granted by this Order.

7. This Court retains exclusive jurisdiction with respect to all matters arising from or related to the implementation, interpretation, and enforcement of this Order .

Signed: January 17, 2020

_____
Marvin Isgur
United States Bankruptcy Judge