IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| In re | § § § | Chapter 11 |
| | § | Case No. 19-35133 (MI) |
| ALTA MESA RESOURCES, INC., *et al.*[1] | § § | Jointly Administered |
| Debtors. | § § | |

**AMENDED NOTICE OF HEARING ON MOTION FOR AN ORDER PURSUANT TO BANKRUPTCY CODE SECTION 105(a) AND 1112(b) CONVERTING THE AMH DEBTORS' CASES TO CASES UNDER CHAPTER 7 OF THE BANKRUPTCY CODE**

[Relates to Docket No. 1315]

Please take notice that the *Motion for an Order Pursuant to Bankruptcy Code Section 105(a) and 1112(b) Converting the AMH Debtors' Cases to Cases Under Chapter 7 of the Bankruptcy Code* (Docket No. 1315) is set for hearing on Friday, March 27, 2020 at 9:45 a.m. before the Honorable Judge Marvin Isgur at the United States Bankruptcy Court, 515 Rusk, Courtroom 404, 4th Floor, Houston, Texas 77002.

---

[1] The Debtors in these Chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Alta Mesa Resources, Inc. (3840); Alta Mesa Holdings, LP (5150); Alta Mesa Holdings GP, LLC (N/A); OEM GP, LLC (0958); Alta Mesa Finance Services Corp. (5673) Alta Mesa Services, LP (7295); and Oklahoma Energy Acquisitions, LP (3762). The location of the Debtors' corporate headquarters and service address is 15021 Katy Freeway, 4th Floor, Houston, Texas 77094.

Dated: March 3, 2020  Respectfully submitted,
Houston, Texas

**SNOW SPENCE GREEN LLP**

By: */s/ Kenneth Green*
Phil Snow
State Bar No. 18812600
philsnow@snowspencelaw.com
Kenneth Green
State Bar No. 24036677
kgreen@snowspencelaw.com
Aaron Guerrero
State Bar No. 24050698
aaronguerrero@snowspencelaw.com
2929 Allen Parkway, Suite 2800
Houston, TX 77019
Telephone: 713-335-4800
Facsimile: 713-335-4848

**LOCAL COUNSEL FOR OFFICIAL COMMITTEE OF UNSECURED CREDITORS**

### CERTIFICATE OF SERVICE

The undersigned certifies that on March 3, 2020, a true and correct copy of the foregoing document was served via the Court's CM/ECF system on all counsel of record.

*/s/ Kenneth Green*
Kenneth Green