IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| In re: | § § § | Chapter 11 |
| ALTA MESA RESOURCES, INC., *et al.*, | § § | Case No. 19-35133 (MI) |
| Debtors.[1] | § § § | (Jointly Administered) |

**DEBTORS' SECOND SUPPLEMENTAL WITNESS AND EXHIBIT LIST
FOR HEARING ON MAY 27, 2020**

Alta Mesa Resources, Inc. ("**AMR**") and its debtor subsidiaries (the "**AMH Debtors**") and Kingfisher Midstream, LLC and its debtor subsidiaries (the "**KFM Debtors**," together with the AMH Debtors, the "**Debtors**"), as debtors and debtors in possession in the above-captioned chapter 11 cases, file this witness and exhibit list (the "**Second Supplemental Witness and Exhibit List**") for the hearing scheduled for **May 27, 2020, at 9:00 a.m. (CST)** before the Honorable Marvin Isgur at the United States Bankruptcy Court for the Southern District of Texas, Courtroom 404, 515 Rusk Avenue, Houston, Texas 77002 (the "**Hearing**"). This list supplements the *Debtors' Witness and Exhibit List for Hearing on May 27, 2020* [Docket No. 1741] and the *Debtors' Supplemental Witness and Exhibit List for Hearing on May 27, 2020* [Docket No. 1765].

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, as applicable, are: Alta Mesa Resources, Inc. (3840); Alta Mesa Holdings, LP (5150); Alta Mesa Holdings GP, LLC (0642); OEM GP, LLC (0958); Alta Mesa Finance Services Corp. (5673); Alta Mesa Services, LP (7295); Oklahoma Energy Acquisitions, LP (3762); SRII Opco GP, LLC (3729); SRII Opco, LP (5874); Kingfisher Midstream, LLC (1357); Kingfisher STACK Oil Pipeline, LLC (8858); Oklahoma Produced Water Solutions, LLC (0256); and Cimarron Express Pipeline, LLC (1545). The Debtors' mailing address is 15021 Katy Freeway, 4th Floor, Houston, Texas 77094.

## SUPPLEMENTAL EXHIBITS

The Debtors may offer into evidence any one or more of the following exhibits:

| EXHIBIT NO. | DESCRIPTION | OFFERED | OBJECTION | ADMITTED | DATE |
|---|---|---|---|---|---|
| 30. | *Notice of Filing Second Plan Supplement for Amended Joint Chapter 11 Plan of KFM Debtors* [Docket No. 1773] | | | | |
| 31. | Any pleading or other document filed with the Court on the docket of the above-captioned chapter 11 cases | | | | |
| 32. | Any exhibit necessary to rebut the evidence or testimony of any witness offered or designated by any other party | | | | |
| 33. | Any exhibit listed by any other party | | | | |

The Debtors reserve the right to further amend or supplement the Supplemental Witness and Exhibit List at any time prior to or during the Hearing.

Dated: May 26, 2020
Houston, Texas

Respectfully submitted,

 */s/ John F. Higgins*
John F. Higgins (TX 09597500)
Eric M. English (TX 24062714)
Aaron J. Power (TX 24058058)
M. Shane Johnson (TX 24083263)
**PORTER HEDGES LLP**
1000 Main Street, 36th Floor
Houston, Texas 77002
Telephone: (713) 226-6000
Fax: (713) 226-6248
Email: jhiggins@porterhedges.com
eenglish@porterhedges.com
apower@porterhedges.com
sjohnson@porterhedges.com

– and –

2

George A. Davis (admitted *pro hac vice*)
Annemarie V. Reilly (admitted *pro hac vice*)
Brett M. Neve (admitted *pro hac vice*)
**LATHAM & WATKINS LLP**
885 Third Avenue
New York, NY 10022
Telephone:  (212) 906-1200
Facsimile:  (212) 751-4864
Email: george.davis@lw.com
       annemarie.reilly@lw.com
       brett.neve@lw.com

– and –

Caroline Reckler (admitted *pro hac vice*)
**LATHAM & WATKINS LLP**
330 North Wabash Avenue, Suite 2800
Chicago, IL 60611
Telephone:  (312) 876-7700
Facsimile:  (312) 993-9667
Email: caroline.reckler@lw.com

– and –

Andrew Sorkin (admitted *pro hac vice*)
**LATHAM & WATKINS LLP**
555 Eleventh Street, Suite 1000
Washington, D.C. 20004
Telephone:  (202) 637-2200
Facsimile:  (202) 637-2201
Email: andrew.sorkin@lw.com

*Counsel for AMR, the AMH Debtors, the SRII Debtors and Debtors in Possession*

    */s/ Paul R. Genender*
**WEIL, GOTSHAL & MANGES LLP**
Paul R. Genender (00790758)
Amanda Pennington Prugh (24083646)
200 Crescent Court, Suite 300
Dallas, Texas 75201
Telephone: (214) 746-7700
Facsimile: (214) 746-7777
Email:  Paul.Genender@weil.com
        Amanda.Prugh@weil.com

– and –

**WEIL, GOTSHAL & MANGES LLP**
Alfredo R. Pérez (15776275)
700 Louisiana Street, Suite 1700
Houston, Texas  77002
Telephone: (713) 546-5000
Facsimile:  (713) 224-9511
Email:  Alfredo.Perez@weil.com

– and –

**WEIL, GOTSHAL & MANGES LLP**
Ray C. Schrock, P.C. (admitted *pro hac vice*)
Kelly DiBlasi (admitted *pro hac vice*)
Lauren Tauro (admitted *pro hac vice*)
767 Fifth Avenue
New York, New York  10153
Telephone:  (212) 310-8000
Facsimile:  (212) 310-8007
Email:  Ray.Schrock@weil.com
       Kelly.DiBlasi@weil.com
       Lauren.Tauro@weil.com

*Attorneys for KFM Debtors*

## Certificate of Service

    I hereby certify that on May 26, 2020, a true and correct copy of the foregoing document was served by the Electronic Case Filing System for the United States Bankruptcy Court for the Southern District of Texas, and will be served as set forth in the Affidavit of Service to be filed by the Debtors' claims, noticing, and solicitation agent.

    */s/ John F. Higgins*
    John F. Higgins

4