

ENTERED
05/27/2020

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE SOUTHERN DISTRICT OF TEXAS
## HOUSTON DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| **ALTA MESA RESOURCES, INC.,** *et al* | § | CASE NO: 19-35133 |
| Debtor(s) | § | |
| | § | CHAPTER 11 |
| | § | |
| **ALTA MESA HOLDINGS, LP,** *et al* | § | |
| Plaintiff(s) | § | |
| | § | |
| VS. | § | ADVERSARY NO. 19-3609 |
| | § | |
| **KINGFISHER MIDSTREAM, LLC,** *et al* | § | |
| Defendant(s) | § | |

## DISMISSAL ORDER

On the oral motion of plaintiffs and defendants, this adversary proceeding is dismissed pursuant to Fed. R. Bankr. P. 7041.

Signed: May 27, 2020

_____
Marvin Isgur
United States Bankruptcy Judge