

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

ENTERED
07/14/2020

| | | |
|---|---|---|
| In re: | § | Chapter 11 |
| | § | |
| ALTA MESA RESOURCES, INC., et al.,[1] | § | Case No. 19-35133 (MI) |
| | § | |
| Debtor. | § | (Jointly Administered) |
| | § | |

**ORDER GRANTING SECOND INTERIM APPLICATION OF
CONWAY MACKENZIE, INC. FOR ALLOWANCE OF COMPENSATION FOR
SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES INCURRED AS
FINANCIAL ADVISOR TO THE OFFICIAL COMMITTEE OF UNSECURED
CREDITORS FOR THE PERIOD FROM JANUARY 1, 2020 THROUGH AND
INCLUDING MARCH 31, 2020**

Upon consideration of the second interim fee application (the "Second Interim Application") (Docket No. 1678) of Conway MacKenzie, Inc. ("Conway MacKenzie") for allowance of compensation for services rendered and reimbursement of expenses incurred as Financial Advisor to the Official Committee of Unsecured Creditors (the "Committee") of the debtors and debtors in possession in the above-captioned chapter 11 cases (collectively, the "Debtors") for the period from January 1, 2020 through and including March 31, 202020 (the "Second Interim Period"); and the Court having reviewed the Second Interim Application; and all applicable requirements of the Bankruptcy Code and the Bankruptcy Rules having been satisfied; and sufficient notice of the Second Interim Application having been provided and no other or

---

[1]   The Debtors in these chapter 11 cases and the last four digits of their federal tax identification numbers are as follows: Alta Mesa Resources, Inc. (3840); Alta Mesa Holdings, LP (5150); Alta Mesa Holdings GP, LLC (0642); OEM GP, LLC (0958); Alta Mesa Finance Services Corp. (5673); Alta Mesa Services, LP (7295); Oklahoma Energy Acquisitions, LP (3762); SRII Opco GP, LLC (3729); SRII Opco, LP (5874); Kingfisher Midstream, LLC (1357); Kingfisher STACK Oil Pipeline, LLC (8858); Oklahoma Produced Water Solutions, LLC (0256); and Cimarron Express Pipeline, LLC (1545). The location of the Debtors' corporate headquarters and service address is 15021 Katy Freeway, 4th Floor, Houston, Texas 77094.

further notice being required; and all persons with standing having been afforded an opportunity to be heard on the Second Interim Application at a hearing held to consider approval of thereof; and after due deliberation thereon and good and sufficient notice appearing therefor,

IT IS HEREBY ORDERED THAT:

1.	Conway MacKenzie is allowed, on an interim basis, compensation in the amount of $608,524.00 for professional services rendered as Financial Advisor to the Committee during the First Interim Period.

2.	Conway MacKenzie is allowed the reimbursement of reasonable and necessary expenses incurred during the First Interim Period in connection with its services to the Committee in the amount of $1,547.19.

3.	The Debtors and AMH and AMR/SRII Plan Administrators, as applicable, are authorized to remit payment to Conway MacKenzie the fees and expenses allowed herein on an interim basis totaling $610,071.19, less all amounts that the Debtors previously paid to Conway MacKenzie on account of such fees and expenses; *provided however*, that such payments must not exceed the amounts set forth in the Wind Down Budget (as defined in the *First Amended Joint Plan of Liquidation of Alta Mesa Resources, Inc. and Its AMH and SRII Debtor Affiliates Under Chapter 11 of the Bankruptcy Code* confirmed by the Court on May 27, 2020 and attached to the Confirmation Order filed at Docket No. 1777) for Conway MacKenzie..

4.	The Debtors and AMH and AMR/SRII Plan Administrators, as applicable, are authorized to make payments to Conway MacKenzie for the amounts allowed herein on an interim basis; *provided however*, Conway MacKenzie and the Administrative Agent reserve their respective rights regarding allowance and payment of fees and expenses on a final basis.

5.      The Court shall retain exclusive jurisdiction with respect to all matters relating to the interpretation or implementation of this Order.

6.      This Order shall be effective immediately upon entry.


Signed: July 14, 2020

_____
Marvin Isgur
United States Bankruptcy Judge