

ENTERED
08/12/2020

# UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF TEXAS
## HOUSTON DIVISION

| | | |
|---|---|---|
| In re: | § | Case No. 19-35133 (MI) |
| | § | |
| ALTA MESA RESOURCES, INC., *et al.*, | § | Chapter 11 |
| | § | |
| Debtors.[1] | § | Jointly Administered |

### ORDER REGARDING MOTION FOR RELIEF FROM AUTOMATIC STAY TO COMPLETE LOUISIANA STATE COURT LITIGATION

### (Relates to Doc. No. 793)

On April 8, 2020, the Court held a hearing on the *Motion for Relief from Automatic Stay to Complete Louisiana State Court Litigation* (the "Motion") filed by Derek Sadler, Wilbert L. Crutcher, Stephanie A. Draper, Angela R. Crutcher, Byron E. Crutcher, Arthur L. Najee-Ullah, Ahmed Najee-Ullah, Roosevelt Shields, II, Brian K. Shields, Alden L. Kirk, Loana R. Kirk, Ivan J. Kirk, Patricia A. Lewis, Ruben Lomax, Henrietta L. Spinks, Michael H. Lomax, Wadsworth A. Holmes, IV, and Nerissa Holmes (collectively, "Sadler Heirs").

After considering the Motion, the arguments of counsel during the hearing, and the applicable law:

It is hereby ORDERED, ADJUDGED, AND DECREED that:

1.     The automatic stay imposed by 11 U.S.C. § 362 is hereby modified to allow the Sadler Heirs to prosecute their claims to judgment in the Louisiana state court action styled as

---

[1] The Debtors in these chapter 11 cases and the last four digits of their federal tax identification numbers, as applicable, are: Alta Mesa Resources, Inc. (3840); Alta Mesa Holdings, LP (5150); Alta Mesa Holdings GP, LLC (0642); OEM GP, LLC (0958); Alta Mesa Finance Services Corp. (5673); Alta Mesa Services, LP (7295); Oklahoma Energy Acquisitions, LP (3762); and SRII Opco, LP (5874); SRII Opco GP, LLC (3729); Kingfisher Midstream, LLC (1357); Kingfisher STACK Oil Pipeline, LLC (8858); Oklahoma Produced Water Solutions, LLC (0256); and Cimarron Express Pipeline, LLC (1545). The Debtors' mailing address is 15021 Katy Freeway, 4th Floor, Houston, Texas 77094.

*Herbert L. Sadler, Sr., et al. v. The Meridien Resource & Exploration, LLC, Alta Mesa Services, LP, and Alta Mesa Holdings, LP*, Case No. 129782 in Division F of the 16th Judicial District Court for St. Mary Parish, Louisiana ("State Court Action"), but only to the extent such claims pertain to issues of establishing the Sadler Heir's title to the property that is the subject of the State Court Action, including but not limited to any appeals arising out of the State Court Action;

2. The automatic stay imposed by 11 U.S.C. § 362 is hereby maintained as to the establishment and calculation of damages in the State Court Action; and

3. This Order shall apply only to Alta Mesa Resources, Inc. and the AMH Debtors[2] and shall not apply to the debtors of any other bankruptcy case that may also be a defendant in the State Court Action.

Signed: August 12, 2020

_____
Marvin Isgur
United States Bankruptcy Judge

---

[2] The "AMH Debtors" refers to Alta Mesa Holdings, LP; Alta Mesa Holdings GP, LLC; OEM GP, LLC; Alta Mesa Finance Services Corp.; Alta Mesa Services, LP; and Oklahoma Energy Acquisitions, LP.

**AGREED AS TO FORM:**

**COUNSEL FOR THE AMR/AMH DEBTORS AND DEBTORS IN POSSESSION**

*/s/ Aaron J. Power*
John F. Higgins (TX 09597500)
Eric M. English (TX 24062714)
Aaron J. Power (TX 24058058)
M. Shane Johnson (TX 24083263)
**PORTER HEDGES LLP**
1000 Main Street, 36th Floor
Houston, Texas 77002
Telephone: (713) 226-6000
Fax: (713) 226-6248
Email: jhiggins@porterhedges.com
       eenglish@porterhedges.com
       apower@porterhedges.com
       sjohnson@porterhedges.com

– and –

George A. Davis (admitted *pro hac vice*)
Annemarie V. Reilly (admitted *pro hac vice*)
Brett M. Neve (admitted *pro hac vice*)
**LATHAM & WATKINS LLP**
885 Third Avenue
New York, NY 10022
Telephone:  (212) 906-1200
Facsimile:  (212) 751-4864
Email: george.davis@lw.com
       annemarie.reilly@lw.com
       brett.neve@lw.com

– and –

Caroline Reckler (admitted *pro hac vice*)
**LATHAM & WATKINS LLP**
330 North Wabash Avenue, Suite 2800
Chicago, IL 60611
Telephone:  (312) 876-7700
Facsimile:  (312) 993-9667
Email: caroline.reckler@lw.com

– and –

Andrew Sorkin (admitted *pro hac vice*)
**LATHAM & WATKINS LLP**
555 Eleventh Street, Suite 1000
Washington, D.C. 20004
Telephone:  (202) 637-2200
Facsimile:  (202) 637-2201
Email: andrew.sorkin@lw.com

**COUNSEL FOR THE SADLER HEIRS**

*/s/ Haley E. Nix*
**CARVER, DARDEN, KORETZKY, TESSIER, FINN, BLOSSMAN & AREAUX, L.L.C.**
Matthew J. Fantaci (La. Bar No. 28036) T.A.
Seth E. Bagwell (La. Bar No. 33713)
Haley E. Nix (La. Bar No. 36606)
1100 Poydras Street, Suite 3100
New Orleans, Louisiana 70163
Telephone: (504) 585-3800
Facsimile: (504) 585-3801
Email:  fantaci@carverdarden.com
        bagwell@carverdarden.com
        nix@carverdarden.com

(Admitted *Pro Hac Vice*)