

ENTERED

08/24/2020

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| In re: | § | Chapter 11 |
| | § | |
| ALTA MESA RESOURCES, INC., et al.,[1] | § | Case No. 19-35133 (MI) |
| | § | |
| Debtor. | § | (Jointly Administered) |
| | § | |

**ORDER ALLOWING THIRD AND FINAL APPLICATION OF CONWAY MACKENZIE, INC. FOR ALLOWANCE OF COMPENSATION FOR SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES INCURRED AS FINANCIAL ADVISOR TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS FOR THE PERIOD FROM APRIL 1, 2020 THROUGH AND INCLUDING JUNE 8, 2020**

Upon consideration of the third and final fee application (the "Third and Final Application") of Conway MacKenzie, Inc. ("Conway MacKenzie") for allowance of compensation for services rendered and reimbursement of expenses incurred as Financial Advisor to the Official Committee of Unsecured Creditors (the "Committee") of the debtors and debtors in possession in the above-captioned chapter 11 cases (collectively, the "Debtors") for the period from April 1, 2020 through and including June 8, 2020 (the "Application Period"); and the Court having reviewed the Third and Final Application; and all applicable requirements of the Bankruptcy Code and the Bankruptcy Rules having been satisfied; and sufficient notice of the Third and Final Application having been provided and no other or further notice being required;

---

[1] The Debtors in these chapter 11 cases and the last four digits of their federal tax identification numbers are as follows: Alta Mesa Resources, Inc. (3840); Alta Mesa Holdings, LP (5150); Alta Mesa Holdings GP, LLC (0642); OEM GP, LLC (0958); Alta Mesa Finance Services Corp. (5673); Alta Mesa Services, LP (7295); Oklahoma Energy Acquisitions, LP (3762); SRII Opco GP, LLC (3729); SRII Opco, LP (5874); Kingfisher Midstream, LLC (1357); Kingfisher STACK Oil Pipeline, LLC (8858); Oklahoma Produced Water Solutions, LLC (0256); and Cimarron Express Pipeline, LLC (1545). The location of the Debtors' corporate headquarters and service address is 15021 Katy Freeway, 4th Floor, Houston, Texas 77094.

and all persons with standing having been afforded an opportunity to be heard on the Third and Final Application at a hearing held to consider approval of thereof; and after due deliberation thereon and good and sufficient notice appearing therefor,

IT IS HEREBY ORDERED THAT:

1. Conway MacKenzie is allowed, on an interim and final basis, compensation in the amount of $192,036.50 for professional services rendered as Financial Advisor to the Committee during the Application Period.

2. Conway MacKenzie is allowed, on an interim and final basis, the reimbursement of reasonable and necessary expenses incurred during the Application Period in connection with its services to the Committee in the amount of $45.00.

3. Conway MacKenzie is allowed, on a final basis, compensation for professional services rendered since the Petition Date in the amount of $1,817,676.75

4. Conway MacKenzie is allowed, on a final basis, reimbursement for expenses incurred since the Petition date in the amount of $7,729.44

5. The Debtors are authorized and directed to remit payment to Conway MacKenzie in the above amounts, less all amounts, if any, that the Debtors previously paid to Conway MacKenzie on account of such fees and expenses.

6. The Court shall retain exclusive jurisdiction with respect to all matters relating to the interpretation or implementation of this Order.

Signed:  August 24, 2020

_____
Marvin Isgur
United States Bankruptcy Judge