

ENTERED
04/27/2021

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| ALTA MESA RESOURCES, INC., *et al* | § | CASE NO: 19-35133 |
| | § | |
| ALTA MESA HOLDINGS, LP | § | CASE NO: 19-35134 |
| | § | |
| ALTA MESA HOLDINGS GP, LLC | § | CASE NO: 19-35135 |
| | § | |
| OEM GP, LLC | § | CASE NO: 19-35136 |
| | § | |
| ALTA MESA FINANCE SERVICES CORP. | § | CASE NO: 19-35137 |
| | § | |
| ALTA MESA SERVICES, LP | § | CASE NO: 19-35138 |
| | § | |
| OKLAHOMA ENERGY ACQUISITIONS, LP | § | CASE NO: 19-35139 |
| | § | |
| KINGFISHER MIDSTREAM, LLC | § | CASE NO: 20-30218 |
| | § | |
| KINGFISHER STACK OIL PIPELINE, LLC | § | CASE NO: 20-30219 |
| | § | |
| OKLAHOMA PRODUCED WATER SOLUTIONS, LLC | § | CASE NO: 20-30220 |
| | § | |
| CIMARRON EXPRESS PIPELINE, LLC | § | CASE NO: 20-30221 |
| | § | |
| SRII OPCO GP, LLC | § | CASE NO: 20-30222 |
| | § | |
| SRII OPCO, LP, | § | CASE NO: 20-30223 |
| | § | **Jointly Administered** |
| Debtors. | § | |
| | § | **CHAPTER 11** |

**ORDER GRANTING TRIBOLET ADVISORS, LLC'S MOTION FOR SUMMARY
JUDGMENT AND DENYING TRIUMPH ENERGY PARTNERS, LLC'S
<u>MOTION FOR SUMMARY JUDGMENT</u>**

  For the reasons stated in the Court's Memorandum Opinion issued on this date, Triumph's Proof of Claim No. 70 is allowed as a general unsecured claim.

  SIGNED 04/27/2021

_____<br>
Marvin Isgur<br>
United States Bankruptcy Judge