United States Bankruptcy Court
Southern District of Texas
**ENTERED**
March 02, 2023
Nathan Ochsner, Clerk

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| IN RE: § | |
| § | CASE NO: 19-35133 |
| **ALTA MESA RESOURCES, INC.,** *et al.*, § | |
| Debtors. § | Jointly Administered |
| § | CHAPTER 11 |

## ORDER DENYING MOTION FOR RECONSIDERATION

USSIC's motion for reconsideration (ECF No. 3544) is denied.

SIGNED 03/02/2023

_____
Marvin Isgur
United States Bankruptcy Judge