United States Bankruptcy Court
Southern District of Texas
**ENTERED**
March 03, 2023
Nathan Ochsner, Clerk

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS
# HOUSTON DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | **CASE NO: 19-35133** |
| **ALTA MESA RESOURCES, INC.,** *et al.*, | § | |
| | § | **CHAPTER 11** |
| Debtors. | § | |
| | § | |
| **DAVID DUNN,** | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| VS. | § | **ADVERSARY NO. 21-3909** |
| | § | |
| **HPS INVESTMENT PARTNERS, LLC,** *et al.*, | § | |
| | § | |
| Defendants. | § | |

## ORDER

1. Dunn's First Amended Complaint (ECF No. 40) is dismissed without prejudice.

2. Dunn is granted leave to file an amended complaint not later than March 17, 2023. Any amended complaint must set forth a plausible basis as to what direct benefit was received by the Defendants from alleged constructive fraudulent transfers. No other amendments are authorized.

SIGNED 03/03/2023

_____
Marvin Isgur
United States Bankruptcy Judge