IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| In re: | § | Chapter 11 |
| | § | |
| ALTA MESA RESOURCES, INC., *et al.*, | § | Case No. 19-35133 |
| | § | |
| Debtors.¹ | § | (Jointly Administered) |
| | § | |
| | § | |

**U.S. SPECIALTY INSURANCE COMPANY'S NOTICE OF
APPEAL TO THE DISTRICT COURT**

U.S. Specialty Insurance Company ("USSIC") appeals under 28 U.S.C. § 158(a) from the Memorandum Opinion and the Order Disallowing USSIC's Claim, entered at Docket Nos. 3539 and 3540, respectively, and the Order Denying Motion for Reconsideration entered at Docket No. 3568. Copies of these documents are attached hereto as Exhibits A-C.

The names of all parties to the Order appealed from and the names, addresses, and telephone numbers of their respective attorneys are as follows:

| | |
|---|---|
| Kenneth Green,<br>AMH GUC Claims Administrator: | Aaron M. Guerrero (TX 24050698)<br>SNOW & GREEN<br>P.O. Box 549<br>Hockley, Texas  77447<br>Telephone:  (713) 335-4800<br>Facsimile:  (713) 335-4848<br>Email: aaron@snow-green.com |
| U.S. Specialty Insurance Company: | Philip G. Eisenberg<br>Elizabeth M. Guffy<br>LOCKE LORD LLP<br>600 Travis Street, Suite 2800<br>Houston, TX 77002 |

---

¹ The Debtors in these chapter 11 cases and the last four digits of their federal tax identification numbers are as follows: Alta Mesa Resources, Inc. (3840); Alta Mesa Holdings, LP (5150); Alta Mesa Holdings, GP, LLC (0642); OEM GP, LLC (0958); Alta Mesa Finance Services Corp. (5673); Alta Mesa Services, LP (7295); and Oklahoma Energy Acquisitions, LP (3762).  The location of the Debtors' corporate headquarters and service address is 15021 Katy Freeway, 4th Floor, Houston, Texas 77094.

1

|  |  |
|---|---|
|  | Telephone:  713-226-1200 |
|  | Facsimile:  713-226-3717 |
|  | Email: peisenberg@lockelord.com |
|  | eguffy@lockelord.com |
| Office of the United States Trustee: | Hector Duran, Jr. |
|  | Stephen D. Statham |
|  | 515 Rusk, Suite 3516 |
|  | Houston, Texas 77002 |
|  | Telephone:  713-718-4650 Ext. 232 |
|  | Email: Hector.Duran.Jr@usdoj.gov |
|  | Stephen.Statham@usdoj.gov |

Dated: March 14, 2023
Houston, Texas

Respectfully submitted,

 /s/  Philip G. Eisenberg
Philip G. Eisenberg
Texas Bar Number 24033923
Elizabeth M. Guffy
Texas Bar Number 08592525
LOCKE LORD LLP
600 Travis Street, Suite 2800
Houston, TX 77002
Telephone:  713-226-1200
Facsimile:  713-226-3717
Email: peisenberg@lockelord.com
eguffy@lockelord.com

**Attorneys for U.S. Specialty Insurance Company**

## Certificate of Service

I certify that on March 14, 2023, a copy of the foregoing document was served electronically via the Court's ECF system on all parties registered to receive such service, including the Administrator and his counsel and the United States Trustee.

 /s/  Elizabeth M. Guffy
Elizabeth M. Guffy